No. 11–250. MITCHELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–5003. WADE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5004. TAYLOR v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–5007. JENKINS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5008. LOCKLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–5009. LATHAM v. PALIN ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 11–5010. PENA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5011. NIX v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–5012. McDOWELL v. CLEMENTS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 11–5013. PULLEN-WALKER v. ROOSEVELT UNIVERSITY ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–5016. DAVILA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–5017. LOSEE v. GARDEN ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–5018. JENNER v. MARTUSCELLO, SUPERINTENDENT, COXSACKIE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–5020. CRUZ MARTINEZ v. SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5021. CUESTA-RODRIGUEZ v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.